UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 08-21526-CIV-MORENO

GARY JOSEPH,

    Petitioner,

vs.

STATE OF FLORIDA,

    Respondent.
_____/

**CLOSED CIVIL CASE**

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION AND DISMISSING CASE

THE MATTER was referred to the Honorable Patrick A. White, United States Magistrate Judge for a Report and Recommendation. The Magistrate Judge filed a Report and Recommendation **(D.E. No. 5)** on **June 4, 2008**. The Court has reviewed the entire file and record. The Court has made a *de novo* review of the record, and being otherwise fully advised in the premises, it is

**ADJUDGED** that United States Magistrate Judge Patrick A. White's Report and Recommendation **(D.E. No. 5)** on **June 4, 2008** is **AFFIRMED** and **ADOPTED**. Accordingly, it is

**ADJUDGED** that:

(1)    this case is **DISMISSED** for failure to obtain authorization pursuant to 28 U.S.C. § 2244(b)(3);

(2)    if the Petitioner intends to pursue this case, he should forthwith apply to the United States Eleventh Circuit Court of Appeals for the authorization required by 28 U.S.C. § 2244(b)(3)(A);

(3)   Petitioner's motion to proceed *in forma pauperis* **(D.E. No. 3)**, filed on **May 28, 2008** is **DENIED** as moot.

(4)   The case is now **CLOSED**, and all other pending motions are denied as moot.

DONE AND ORDERED in Chambers at Miami, Florida, this 15th day of July, 2008.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies provided to:

United States Magistrate Judge Patrick A. White

Gary Joseph, *Pro Se*
DC#423962
Columbia Corr. Institution
Address of Record